UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:24-CR-00316-ACR |
| | ) | |
| SHANNON J. BITZER | ) | |

## MOTION TO WITHDRAW AND SUBSTITUTE NEW COUSNEL

Defendant Shannon J. Bitzer, through counsel, moves the Court to allow current appointed counsel to withdraw. In support of this motion, the following is submitted:

1. On January 29, 2024, a Criminal Complaint was filed in the District Court for the District of Columbia charging Mr. Bitzer with offenses related to the January 6, 2021 incident. (Doc. 1). Undersigned counsel, through the Federal Defender Services of Eastern Tennessee, Inc. (FDSET), was appointed to represent Mr. Bitzer. (Doc. 8).

2. On September 6, 2024, Attorneys Jonathan Gross and Eden P. Quainton entered their appearance on the matter, having been retained by Mr. Bitzer.

In consideration of the foregoing, current counsel for Mr. Bitzer seeks to withdraw, and for retained counsel to be substituted.

RESPECTFULLY SUBMITTED:

FEDERAL DEFENDER SERVICES OF
EASTERN TENNESSEE, INC.

BY: s/ *Nakeisha C. Jackson*
Nakeisha C. Jackson
TN Bar No. 034290
Federal Defender Services of
Eastern Tennessee, Inc.
800 South Gay Street, Suite 2400
Knoxville, TN  37929
(865) 637-7979

## CERTIFICATE OF SERVICE

     I hereby certify that on September 6, 2024, a copy of the foregoing Motion to Withdraw was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                                  s/ *Nakeisha C. Jackson*