**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 24-cr-0316 (ACR) |
| | : | |
| **SHANNON BITZER,** | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' MOTION TO SET TRIAL DATE AND**
**EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, in support of its Motion to Set a Trial Date and Exclude Time Under the Speedy Trial Act, states as follows:

1. On July 3, 2024, the grand jury returned an indictment charging Bitzer with violating 18 U.S.C. § 231(a)(3) (Civil Disorder), 18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers), 18 U.S.C. § 111(a)(1) and (b) (Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon), 18 U.S.C. § 1752(a)(1) and (b)(1)(A) (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon), 18 U.S.C. § 1752(a)(2) and (b)(1)(A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon), 18 U.S.C. § 1752(a)(4) and (b)(1)(A) (Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon), 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building), 40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings), and 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building). ECF No. 20.

2. Trial was originally scheduled to begin on November 18, 2024, at 9:30 a.m. Minute Order of August 7, 2024. On joint motion of the parties, the Court excluded time under the Speedy Trial Act until November 18, 2024. ECF No. 24; Minute Order of August 23, 2024.

3. On September 18, 2024, Bitzer filed a motion to continue trial, which the government did not oppose and which the Court granted. ECF No. 29 (Bitzer's motion to continue trial); Minute Order of September 18, 2024. The Court ordered the parties to contact the Court to schedule a mutually acceptable trial date in January 2025. Minute Order of September 18, 2024.

4. The government conferred with defense counsel; the parties mutually decided on the week of January 27, 2025, for trial, and emailed the Court requesting this trial date.

5. The government attempted to confer with defense counsel about the instant motion, but defense counsel has not expressed their position on it.

6. If January 27, 2025 is not date acceptable to the Court, the parties and this Court can work together to find another date that is acceptable to all.

7. The government moves to exclude time between this filing and the trial date or status conference date under the Speedy Trial Act, in the interest of justice, because additional time is required for effective preparation for trial and for the defense to review voluminous discovery.

8. In addition, because the defendant is on release, any continuance will not impact his liberty.

WHEREFORE, in light of the foregoing, the government asks this Court to set a trial date for January 27, 2025, or to any other date available to the parties and this Court, to exclude time under the Speedy Trial Act in the interest of justice, and for any other relief this Court deems just and proper.

                Respectfully submitted,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY
                D.C. Bar Number 481052

By:    */s/ John Oxenreiter*
                JOHN OXENREITER
                New York Bar Reg. No. 5511597
                Assistant United States Attorney
                U.S. Attorney's Office for the District of Columbia
                601 D Street NW
                Washington, DC 20530
                John.Oxenreiter@usdoj.gov
                (202) 252-7228

                NIALAH S. FERRER
                Assistant United States Attorney
                New York Bar Reg. No. 5748462
                U.S. Attorney's Office for the District of Columbia
                601 D Street NW
                Washington, DC 20530
                nialah.ferrer@usdoj.gov
                (202) 557-1490