**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Case No.: 24-CR-316 (ACR)** |
| | : | |
| **SHANNON BITZER,** | : | |
| | : | |
| **Defendant.** | : | |

## <u>NOTICE OF WITHDRAWAL</u>

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Nialah Ferrer, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:  *Nialah S. Ferrer*
NIALAH S. FERRER
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
New York Bar No. 5748462
601 D Street, N.W.
Washington, D.C. 20530
Office: (202) 557-1490
Email: Nialah.Ferrer@usdoj.gov